THOMAS GODFREY
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Thomas.Godfrey@usdoj.gov
ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

AUG 07 2025

Clerk, U.S. District Court
District of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL ERIK DADE,<br><br>Defendant. | CR 25- 94 -BLG- SPW<br><br>**INDICTMENT**<br><br>**PROHIBITED PERSON IN POSSESSION OF A FIREARM (Count 1)**<br>Title 18 U.S.C. § 922(g)(1)<br>(Penalty: 15 years of imprisonment, $250,000 fine and three years of supervised release)<br><br>**ILLEGAL POSSESSION OF A MACHINE GUN (Count 2)**<br>Title 18 U.S.C. § 922(o)<br>(Penalty: 10 years of imprisonment, $250,000 fine, and three years of supervised release)<br><br>**CRIMINAL FORFEITURE**<br>Title 18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

## COUNT 1

That on or about July 8, 2025, at or near Laurel, within Yellowstone County, in the State and District of Montana, the defendant, RUSSELL ERIK DADE, knowing

he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1).

## COUNT 2

That on or about July 8, 2025, at or near Laurel, within Yellowstone County, in the State and District of Montana, the defendant, RUSSELL ERIK DADE, did knowingly possess a machinegun, in violation of 18 U.S.C. § 922(o) and 924(a)(2).

## FORFEITURE ALLEGATION

If convicted of either offense set forth in counts 1 and 2 in this indictment, the defendant, RUSSELL ERIK DADE, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson Signature Redacted Original Document Filed Under Seal

FOREPERSON

_____
KURT G. ALME
United States Attorney

(For) CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

2